| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| In re:<br><br>ROMAN OSADCHUK,<br><br>      Debtor. |

Case No.: 15-30225 (JNP)

Chapter 7

Hearing Date: June 28, 2016

Judge: Jerrold N. Poslusny, Jr.

Order Filed on July 5, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

## ORDER APPROVING SETTLEMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: July 5, 2016

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:   Roman Osadchuk
       Case No. 15-30225
       Order Approving Settlement

---

THIS MATTER having been brought before the Court on Motion of the Trustee seeking an Order for approval of a settlement, and the Court having considered the arguments asserted by the parties, for good cause shown and for the reasons stated on the record on July 5, 2016, it is hereby **ORDERED** that:

1. The Trustee's Motion to approve a settlement with Vasyl Kavatsiuk is GRANTED.

2. Vasyl Kavatsiuk shall pay $15,000.00 to the Trustee, in return for which the Trustee shall: (A) execute a complete release of any and all claims that may have existed in favor of the Debtor and/or Roman P Osadchuck LLC and against Vasyl Kavatsiuk at any time prior to the filing of this Motion; (B) execute a Stipulation of Dismissal with Prejudice of Adversary Proceeding No. 16-1235-JNP; and (C) execute documents transferring ownership of Roman P Osadchuck LLC to Vasyl Kavatsiuk.