UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: __15-30225__ |
| Roman Osadchuk | : | |
| | : | Adv. No.: _____ |
| | : | |
| | : | Judge: __JNP__ |
| Debtor (s), | : | |
| _____ | : | Chapter: __7__ |

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Jerrold N. Poslusny Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection To Application for Paul A.R. Stewart to Appear Pro Hac Vice
_____

**Location of Hearing:** Courtroom No. __4-C__
 United States Court House
 4th and Cooper Streets
 Camden, NJ 08101

**Date and Time:** July 19, 2016 @ 10:00 a.m.,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** __✔__ ARE REQUIRED    ____ ARE NOT REQUIRED

DATED:    July 6, 2016               JAMES J. WALDRON, Clerk

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __July 6__, 20 __16__ the foregoing notice was served on the following:
Debtors
Attorney for Debtors
Attorney for Creditor
Trustee
US Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03 jml*

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                              Case No. 15-30225-JNP
Roman Osadchuk                                                      Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                Page 1 of 1                  Date Rcvd: Jul 06, 2016
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2016.
db             +Roman Osadchuk,    4102 Seaboard Circle,    North Wildwood, NJ 08260-6624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2016                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2016 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Defendant Vasyl  Kavatsiuk agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Adam D. Greenberg    on behalf of Creditor    Vasyl Kavatsiuk agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Anne S. Cantwell    on behalf of Creditor    Customers Bank ACantwell@shermansilverstein.com,
               acantwell@slgcollect.com
              Hercules  Pappas    on behalf of Debtor Roman  Osadchuk hpappas@herculeslawgroup.com
              Hercules  Pappas    on behalf of Defendant Roman  Osadchuk hpappas@herculeslawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    Vasyl Kavatsiuk lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Mohammed  Shariff    on behalf of Debtor Roman  Osadchuk mis@sabirlaw.com
              Mohammed  Shariff    on behalf of Defendant Roman  Osadchuk mis@sabirlaw.com
              Rebecca K. McDowell    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
               Net Bank rmcdowell@slgcollect.com
              Rebecca K. McDowell    on behalf of Creditor    Customers Bank rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
               Net Bank rsaldutti@salduttiColleCt.com,  lmarciano@salduttiColleCt.com;kcollins@slgcollect.com
              Robert L. Saldutti    on behalf of Creditor    Customers Bank rsaldutti@salduttiColleCt.com,
               lmarciano@salduttiColleCt.com;kcollins@slgcollect.com
              Scott M. Zauber    on behalf of Trustee Thomas J. Subranni szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
              Scott M. Zauber    on behalf of Trustee Thomas J Subranni szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
                                                                                               TOTAL: 17