Official Form 417A (12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: ROMAN OSADCHUK, Debtor            Bankruptcy No: 15-30225-JNP
                                          Chapter: 7

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):  Roman Osadchuk

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff
   ❑ Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ❑ Creditor
   ❑ Trustee
   ❑ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:  Order Approving Settlement

2. State the date on which the judgment, order, or decree was entered:  July 5, 2016

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Roman Osadchuk    Attorney: **Mohammed I. Shariff**
   Sabir Law Group
   50 Princeton-Hightstown Road, Suite 1
   Princeton Junction, NJ 08550
   609-716-8900

Party: Vasyl Kavatsiuk
Adam D. Greenberg
Honig and Greenberg, LLC
1949 Berlin Road, Suite 200
Cherry Hill, NJ 08003
856-770-0990

Trustee: Thomas Zauber
Scott Zauber
Subranni Zauber, LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
609-347-7000

---

Official Form 417A        Notice of Appeal and Statement of Election        page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Mohammed I. Shariff    Date: July 19, 2016
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
 Mohammed I. Shariff
 Sabir Law Group
 50 Princeton-Hightstown Rd, Suite 1 Princeton Junction, NJ 08550
 609-716-8900

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.