UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: _____

Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

**TRANSMITTAL OF APPEAL DOCUMENT(S) TO:**

❏ **DISTRICT COURT**    ❏ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____    Appellee(s): _____

Attorney: _____    Attorney: _____

Address: _____    Address: _____

_____    _____

Title of Order Appealed: _____

Date Entered On Docket: _____

The items indicated below are being transmitted together:

❏ Notice of Appeal       ❏ Order being Appealed       ❏ Designation of Record on Appeal

❏ Statement of Issues    ❏ Transcript                 ❏ Transcript Ordered On: _____

❏ Other _____

---

❏       An appeal has not previously been filed in this case.

❏       The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Dated: July 20, 2016

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 12/15/14*