**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE __Roman Osadchuk__ | BAP No. **16-04390-NLH** |
| Debtor. | |
| __Roman Osadchuk__ | Bankr. No. **15-30225-JNP** |
| Appellant, | Adv. No. _____ |
| v. | Chapter __7__ |
| **Vasyl Kavatsiuk, Thomas Subranni,** | |
| Appellees | |

**Designation of Items to be Included in the Record on Appeal**

__Mohammed I. Shariff, Esq.__, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

*Document name, number and file date for each designated item:*

1. **Bankruptcy Docket Report for #15-30225-JNP**
2. **Doc #76, Motion to Approve Compromise under Rule 9019 filed on 04/28/2016**
3. **Doc #79, Notice of Proposed Compromise or Settlement filed on 05/31/12016**
4. **Doc #80, Amended Notice of Settlement in Support of Proposed Compromise filed on 06/02/16**
5. **Doc #82, Amended Notice of Proposed Compromise or Settlement filed on 06/08/16**
6. **Doc #84, Certification of No Objection in re: Settlement of Controversy filed on 06/22/2016**
7. **Doc #85, Certification in Opposition to Motion to Settle Claim filed on 06/23/2016**
8. **Doc #86, Response to Opposition to Motion to Approve Compromise filed on 06/27/2016**
9. **Doc #89, PDF with attached Audio File re: hearing held on 06/28/16**
10. **Doc #90, Order Granting Motion to Approve Compromise under Rule 9019 filed on 07/05/16**
11. **Doc #94, Notice of Appeal to District Court filed on 07/19/2016**

12. **Doc #95, Clerk's Certificate of Service of Notice of Appeal filed on 07/20/2016**

13. **Doc #96, Transmittal of Appeal Documents to U.S. District Court filed on 07/20/2016**

14. **Doc #97, Notice of Docketing Record on Appeal to District Court filed on 07/20/2016**

15. _____

Respectfully submitted,
/s/ Mohammed I. Shariff
Mohammed I. Shariff, Esquire
Sabir Law Group
50 Princeton Hightstown Rd, Ste 1
Princeton Junction, NJ 08550
609-716-8900
Attorney for Appellant/Debtor

*File with the Bankruptcy Court*
*Note: Attach proof of service on all parties.  Fed. R. Bankr.  P. 8011(d)(1)(B).*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| IN RE:   Roman Osadchuk,   :<br>        Debtor                          : | Bankruptcy No: 15-30225-JNP<br>Chapter: 7 |
| Roman Osadchuk,<br>    Appellant<br>V.<br>Vasyl Kavatsiuk,<br>Thomas Subranni, Trustee,<br>    Appellees | BAP No: 16-04390-NLH |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2016, a true and accurate copy of the foregoing  Appellant Designation of Appeal Record Items  was served by means of the Court's CM/ECF system or via first-class mail, postage prepaid, upon the following:

  Honorable Judge Jerrold N. Poslusny, Jr.
  U.S. Bankruptcy Court of New Jersey
  U.S. Post Office and Courthouse
  401 Market Street
  Camden, NJ 08101

  Scott M. Zauber
  Subranni Ostrove & Zauber
  1624 Pacific Avenue
  Atlantic City, NJ 08404
  Counsel for Appellee Thomas Subranni, Trustee

  Adam D. Greenberg
  Honig & Greenberg LLC
  1949 Berlin Road, Suite 200
  Cherry Hill,  NJ 08003
  Counsel for Appellee Vasyl Kavatsiuk

/s/ Mohammed I. Shariff

Mohammed I. Shariff, Esquire
Sabir Law Group
50 Princeton Hightstown Rd, Ste 1
Princeton Junction, NJ 08550
609-716-8900
Attorney for Appellant/Debtor