# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| IN RE: Roman Osadchuk, Debtor | Bankruptcy No  15-30225-JNP  Chapter: 7 |
| Roman Osadchuk, Appellant  V.  Vasyl Kavatsiuk,  Thomas Subranni, Trustee, Appellees | BAP No: 16-04390-NLH |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Mohammed I. Shariff, Esquire, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby states the issues to be presented on appeal:

1) Court erred by granting Trustee Motion to Approve Compromise.

2) Court abused discretion in granting Trustee Motion to Approve Compromise.

3) Court grant of motion was based on insufficient record, testimony and evidence.

4) Court grant of motion to Approve Compromise was against the weight of the evidence before the court.

5) Court abused its discretion in not applying relevant factors for approving a compromise pursuant to Rule 9019.

6) Court lacked jurisdiction to grant motion to approve settlement where Trustee lacked jurisdiction over the claim.

7) Court erred in granting compromise of claim that was not part of Chapter 7 estate.

8) Court erred in finding limited liability shares were subject to Trustee compromise where shares were exempted by debtor and no objection filed by Trustee.

1

9) Court erred in finding Trustee had authority to act on behalf of debtor's LLC membership interest where state law does not provide for managerial control over transferred member interests.

10) Court erred in finding member interests existed under state law where record was devoid of any proof that LLC membership interests were issued.

11) Court violated due process rights of Roman P Osadchuk LLC by granting order transferring membership interests to another party without notice and a hearing.

12) Court violated due process rights of Roman P Osadchuk LLC by permitting Trustee to compromise claims related to its membership interests.

13) Court erred as a matter of law by compromising claim for inadequate amount.

14) Court erred by granting motion to compromise without joining indispensable party – Roman P Osadchuk LLC.

15) Debtor reserves right to assert arguments preserved in the record on appeal.

Respectfully submitted,

/s/ Mohammed I. Shariff
Mohammed I. Shariff, Esquire
Sabir Law Group
50 Princeton Hightstown Rd, Ste 1
Princeton Junction, NJ 08550
609-716-8900
Attorney for Appellant/Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| IN RE:  Roman Osadchuk, : | Bankruptcy No: 15-30225-JNP |
| Debtor : | Chapter: 7 |
| : | |
| Roman Osadchuk, : | |
| Appellant : | BAP No: 16-04390-NLH |
| V. : | |
| Vasyl Kavatsiuk, : | |
| Thomas Subranni, Trustee, : | |
| Appellees : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2016, a true and accurate copy of the foregoing <u>Statement of Issues to be Presented on Appeal</u> was served by means of the Court's CM/ECF system or via first-class mail, postage prepaid, upon the following:

**Honorable Judge Jerrold N. Poslusny, Jr.**
**U.S. Bankruptcy Court of New Jersey**
**U.S. Post Office and Courthouse**
**401 Market Street**
**Camden, NJ 08101**

**Scott M. Zauber**
**Subranni Ostrove & Zauber**
**1624 Pacific Avenue**
**Atlantic City, NJ 08404**
**Counsel for Appellee Thomas Subranni, Trustee**

**Adam D. Greenberg**
**Honig & Greenberg LLC**
**1949 Berlin Road, Suite 200**
**Cherry Hill, NJ 08003**
**Counsel for Appellee Vasyl Kavatsiuk**

/s/ Mohammed I. Shariff

Mohammed I. Shariff, Esquire
Sabir Law Group
50 Princeton Hightstown Rd, Ste 1
Princeton Junction, NJ 08550
609-716-8900
Attorney for Appellant/Debtor