**LAW OFFICES**

**HONIG & GREENBERG, L.L.C.**

By: Adam D. Greenberg, NJ Atty #030931994

1949 Berlin Road

Suite 200

Cherry Hill, N.J. 08003-3737

(856) 770-0990

Attorneys for Respondent, Vasyl Kavatsiuk

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**VICINAGE OF CAMDEN**

| IN RE:<br><br>    Roman Osadchuk,<br><br>           Debtor,<br>Appellant,<br>Roman Osadchuk,<br><br>v.<br><br>Respondents,<br>Thomas Subranni, Trustee and Roman Osadchuk | Case No. 16-cv-4390-NLH<br><br>CHAPTER SEVEN<br><br>On appeal from the United States Bankruptcy Court, Camden Vicinage, Case Number 15-30225-jnp<br>Sat below: Hon. Jerrold N. Poslusny, Jr., U.S.B.J. |
|---|---|

**RESPONDENT'S DESIGNATION OF ITEMS**

**TO BE INCLUDED IN THE RECORD ON APPEAL**

Respondent, Vasyl Kavatsiuk, pursuant to the Federal Rules of Bankruptcy Procedure, hereby designates the following items to be included in the record on appeal:

1.    Document #12, Motion for Stay Relief (Nov. 4, 2015)

2.  Document #16, Motion for Sanctions (Nov. 17, 2015)

3.  Document #20, Opposition to Stay Relief (Nov. 24, 2015)

4.  Document #22, Schedules to Petition (Nov. 26, 2015)

5.  Document #37, Response to Opposition (Jan. 4, 2016)

6.  Document #38, Opposition to sanctions (Jan. 4, 2016)

7.  Document #40, Order for Stay Relief (Jan. 21, 2016)

8.  Document #77, Order (May 26, 2016)

                    Respectfully submitted,
                    HONIG & GREENBERG, L.L.C.

                    /s/ Adam D. Greenberg

                    By: Adam D. Greenberg

Dated: August 4, 2016
Cherry Hill, New Jersey