UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

SUBRANNI ZAUBER LLC
Willow Ridge Executive Office Park
750 Route 73 South, Suite 307B
Marlton, NJ 08053
(609) 347-7000; Fax (609) 345-4545
Counsel for Chapter 7 Trustee,
Thomas J. Subranni, Esquire
By:  Scott M. Zauber, Esq.  SZ6086

|  |  |
|---|---|
| In Re: : | |
| : | CHAPTER 7 |
| Roman Osadchuk : | |
| : | CASE NO.: 15-30225-JNP |
| Debtor : | |
| : | Hearing Date: August 10, 2016 |
| : | |
| : | Judge: Jerrold N. Poslusny, Jr. |
| : | |
| Roman Osadchuk, : | |
| : | |
| Appellant, : | On appeal from the United States |
| : | Bankruptcy Court, Camden |
| v. : | Vicinage |
| : | Adversary Case Number: 15-1235-JNP |
| Thomas Subranni, Chapter 7 Trustee and : | Sat below: Hon. Jerrold N. |
| Vasyl Kavatsiuk, : | Poslusny, Jr., U.S.B.J. |
| : | |
| Respondents, : | |

**RESPONDENT, THOMAS J. SUBRANNI'S DESIGNATION OF ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL**

1

Respondent, Thomas J. Subranni, Esquire hereby joins Respondent, Vasyl Kavatsiuk in his designation of items to be included in the record on appeal and incorporates said items herewith.

                                              SUBRANNI ZAUBER LLC
                                              *Attorneys for Chapter 7 Trustee*

Dated: August 10, 2016          By:    /s/ Scott M. Zauber
                                                Scott M. Zauber, Esquire
                                                Willow Ridge Executive Office Park
                                                750 Route 73 South, Suite 307B
                                                Marlton, NJ 08053
                                                (609) 347-7000
                                                Fax: (609) 345-4545
                                                szauber@subranni.com