**UNITED STATES BANKRUPTCY COURT**

District of New Jersey

In re: _____

| | |
|---|---|
| Chapter: | _____ |
| Case Number: | _____ |
| Civil Number: | _____ |
| Adversary Number: | _____ |
| Bankruptcy Judge: | _____ |

**TRANSMITTAL OF APPEAL DOCUMENT(S) TO:**

❏ **DISTRICT COURT**    ❏ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____.    The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | _____ | Appellee(s): | _____ |
| Attorney: | _____ | Attorney: | _____ |
| Address: | _____ | Address: | _____ |
| | _____ | | _____ |

Title of Order Appealed: _____

Date Entered On Docket: _____

The items indicated below are being transmitted together:

❏ Notice of Appeal           ❏ Order being Appealed       ❏ Designation of Record on Appeal
❏ Statement of Issues        ❏ Transcript                 ❏ Transcript Ordered On: _____
❏ Other _____

---

❏   An appeal has not previously been filed in this case.

❏   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Dated: August 17, 2016

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 12/15/14*