UNITED STATED BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)

Mohammed I Shariff
50 Princeton-Hightstown Road, Suite 1
Princeton Junction, NJ 08550
Telephone: 609-716-8900
Attorney ID: 025002011
*Attorney for Defendant*

| | |
|---|---|
| CUSTOMERS BANK<br>　　Plaintiff,<br><br>v<br><br>ROMAN P. OSADCHUK<br>　　Defendant | CHAPTER 7<br><br>CASE NO: 15-30225-JNP<br><br>ADV. NO. 12-1215<br><br>Judge: Hon. Jerrold N. Poslusny, Jr |

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE PROTHONOTARY:

Kindly withdraw my appearance on behalf of Roman P. Osadchuk in the above-captioned matter.

_____
Mohammed I. Shariff
50 Princeton-Hightstown Road, Suite 1
Princeton Junction, NJ 08550
Telephone: 609-716-8900
Attorney ID: 025002011

1/13/17

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, I have caused a true and correct copy of the foregoing to be served on the following via first-class mail:

Rebecca K. McDowell, Esquire
Saldutti Law Group
800 Kings Highway North, Sute 300
Cherry Hill, NJ 08034
856-779-0300

Mohammed I. Shariff
50 Princeton-Hightstown Road, Suite 1
Princeton Junction, NJ 08550
Telephone: 609-716-8900
Attorney ID: 025002011
Attorney for Defendant