UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax: (609) 345-4545
Attorneys for Trustee
By:  Scott M. Zauber, Esq.  SZ6086

In Re:

Roman Osadchuk

Case No.: 15-30225-JNP

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: Aug. 22, 2017

Judge: Poslusny

## ADJOURNMENT REQUEST

1. I, _____Scott M. Zauber_____,

   ☒ am the attorney for: _____Trustee_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Turnover of Property

   Current hearing date and time: August 22, 2017 at 10:00 AM

   New date requested: _____

   Reason for adjournment request: The pro se Debtor contacted me requesting an adjournment of the motion. I consent to the adjournment.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: August 14, 2017                             /s/ Scott M. Zauber
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 9/19/2017 at 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2