**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Trustee
By:   Scott M. Zauber, Esq.  SZ6086
      Margaret A. Holland, Esq.  MH4707

Order Filed on September 14, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re:: | Case No.:  15-30225-JNP |
|---|---|
| Roman Osadchuk<br>Debtor. | Chapter 7<br><br>Hearing: September 19, 2017 at 10:00 am |

**CONSENT ORDER MEMORIALIZING TERMS OF SETTLEMENT RESOLVING TRUSTEE'S MOTION AUTHORIZING THE CAPE MAY COUNTY HISTORICAL SOCIETY TO TURN OVER ESTATE PROPERTY PURSUANT TO 11 U.S.C. § 542**

The relief set forth on the following page numbered two (2) is hereby **ORDERED:**

**DATED: September 14, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:      Roman Osadchuk
Case No.:    15-30225-JNP
Caption:     Consent Order Memorializing Terms of Settlement Resolving Trustee's Motion Authorizing Cape May County Historical Society to Turn Over Estate Property Pursuant to 11 U.S.C. § 542.

This matter was opened to the Court by the motion for turnover filed by the Chapter 7 Trustee, Thomas J. Subranni. A Notice of Settlement of Controversy (the "Notice") has been filed and creditors and parties in interest have been served with this Notice. The Notice adequately describes the settlement terms set forth herein. The parties have agreed through their attorneys that the background of this matter is as follows:

## BACKGROUND

1. On October 28, 2015, Debtor, Roman Osadchuk (hereinafter referred to as the "Defendant" or "Debtor"), filed a Petition for Chapter 7 bankruptcy relief.

2. The Plaintiff was appointed as Chapter 7 Trustee in this case on October 29, 2015.

3. On August 1, 2017, the Trustee filed a motion authorizing the Cape May County Historical Society to turnover estate property pursuant to 11 U.S.C. §542 (the "Turnover Motion").

4. The Cape May County Historical and Genealogical Society (the "Cape May County Historical Society") is holding a total amount of $7,050.00 from the sale of the Foster House.

5. The Trustee and the Defendant desiring to resolve the Turnover Motion have agreed on the terms and conditions set forth below, and no cause appearing why this Order should not be entered, it is therefore:

ORDERED AND ADJUDGED as follows

1. The Cape May County Historical Society shall pay to the Trustee the amount of $4500.00 within seven days after entry of this order and a certification of no objection to the Notice, is filed by the Bankruptcy Court.

2. The check to the Trustee shall be made payable to the "Debtor Estate of Roman Osadchuk and shall be sent to the Trustee at the following address:

> Thomas J. Subranni, Trustee
> Subranni Zauber LLC
> 1624 Pacific Avenue
> Atlantic City, NJ 08401

2. The Cape May Historical Society shall pay the Debtor, Roman Osadchuk, the amount of $2,550.00.

WE HEREBY CONSENT TO THE CONTENT, FORM AND ENTRY OF THE WITHIN ORDER.

| Subranni Zauber, LLC<br>Attorneys for Trustee | Roman Osadchuk<br>Debtor |
|---|---|
| By: /s/ Scott M. Zauber<br>    Scott M. Zauber, Esq. | By: /s/ Roman Osadchuk<br>    Roman Osadchuk |

Barry, Corrado & Grassi, P.C.
Attorney for Cape May County Historical
Genealogical Society

By: /s/ Stephen W. Barry
    Stephen W. Barry, Esq.