UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 15-30225-JNP_ |
| Roman Osadchuk | Chapter: | 7 |
| | Judge: | Jerrold N. Poslusny, Jr._ |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Thomas J. Subranni , Trustee , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

> Address of the Clerk:   United States Bankruptcy Court, District of New Jersey
> P.O. Box 2067
> Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr.      on October 10, 2017 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4C , 400 Cooper Street, 4th Floor, Camden, NJ 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of action:   The Trustee filed a motion authorizing the Cape May County Historical and Genealogical Society to turn over estate property (a real estate commission) pursuant to 11 U.S.C. §542. Trustee and Defendant desire to resolve this dispute.

> Pertinent terms of settlement:  The Cape May County Historical and Genealogical Society shall pay the amount of $4500.00 to the Trustee and shall pay the amount of $2550.00 to the Debtor, Roman Osadchuk. Due to the amount involved in this dispute along with costs, time involved and risks associated with litigating this matter, the Trustee believes this settlement is in the best interests of the Debtor Estate.

Objections must be served on, and requests for additional information directed to:

Name: /s/ Scott M. Zauber

Address: Willow Ridge Executive Office Park

750 Route 73 South, Suite 307B

Marlton, NJ 08053

Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 15-30225-JNP
Roman Osadchuk                                                                                    Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Sep 12, 2017
                              Form ID: pdf905          Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
```
db             +Roman Osadchuk,    4102 Seaboard Circle,    North Wildwood, NJ 08260-6624
aty            +Subranni Zauber, LLC,    1624 Pacific Avenue,    Atlantic City, NJ 08401-6958
cr             +Customers Bank,    c/o Robert L. Saldutti, Esquire,    Saldutti, LLC,    800 N Kings Highway,
                 Suite 300,    Cherry Hill, NJ 08034-1511
nc             +Dennis P. Williams,    Helm Legal Services LLC,    333 E. Lancaster Avenue,    Suite 140,
                 Wynnewood, PA 19096-1929
cr             +Santander Consumer USA, Inc.,    5201 Rufe Snow Drive,    Suite 400,
                 North Richland Hills, TX 76180-6036
none           +Stephen W Barry,    Cape May County Historical Society,    2700 Pacific Avenue,
                 Wildwood, NJ 08260-5248
cr             +Vasyl Kavatsiuk,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 W,    Denville, NJ 07834-1239
515880073      +Asset Acceptance,    Gemb.Mohawk,    1247 Broadway,    Sonoma, CA 95476-7503
515880071      +Bank of America,    Nudelman,Klein, & Golub, PC,    425 Eagle Rock Ave,    Roseland, NJ 07068-1787
515880104      +Budd Larner PC,    150 John F Kennedy Parkway,    Short Hills, NJ 07078-2701
515880098      +Cape Bank,    225 N Main Street,    Cape May Court House, NJ 08210-2140
515880065      +Cape Savings Bank,    Attn Kay and Kay,    5010 New Jersey Avenue,    Wildwood, NJ 08260-1445
515880082      +Capital One,    8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
515880076      +Chase,    PO Box 15298,    Wilmington DE 19850-5298
515880107       City of Wildwood RE Taxes,    1 First American Way,    Westlake, TX 76262
515880077      +Continental Central Credit, Inc,    5611 Palmer Way Suite G,    Carlsbad, CA 92010-7253
515880064      +Customers Bank (FKA New Century Bank),    Attn Weir and Partners, LLP,
                 The Libertyview Building, Suite 420,    457 Haddonfield Road,    Cherry Hill, NJ 08002-2220
516157560      +Customers Bank f/k/a New Century Bank,    c/o Saldutti Law Group,
                 800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
515880097      +David Patterson ESQ,    191 W White Horse Pike,    Berlin, NJ 08009-2021
515880095      +Diversified Adjustment Services Ic.,    600 Coon Rapids Boulevard,    Coon Rapids, MN 55433-5549
515880105      +Eichenbaum & Stylianou LLC,    10 Forest Avenue Suite 300,    Paramus, NJ 07652-5238
515880074      +FIA Card Services,    Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
515880079      +FIA Credit Card Servicer, NA,    3100 Route 138 West Brinley Plaza Buildi,    Wall, NJ 07719-9020
515880089      +Focus Receivable Management,    1130 Northchase Parkway Suite 150,    Marietta, GA 30067-6429
515880096       Fox Rothschild,    2000 Market Street 20th Floor,    Philadelphia, PA 19103-3291
515880080      +Grand Vacation Services,    6355 Metro West Blvd Suite 801,    Orlando, FL 32835-6203
515880081      +Hyberg, White & Mann,    Executive Plaza Suite 105,    2111 New Road,    Northfield, NJ 08225-1512
515880088      +Nat. West/Fleet,    120 Corporate Boulevard,    Norfolk, VA 23502-4952
515880100      +Nationstar,    350 Highland,    Houston, TX 77009-6623
515880078      +Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
515880092      +NorEaster Electric Inc,    3400 Park Boulevard,    Wildwood, NJ 08260-2038
515880070      +Norris McLaughlin& Marcus, PA,    PO Box 5933,    Bridgewater, NJ 08807-5933
515880102       Northstar Companies,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
515880066      +PNC,    Attn Mattleman Weinrith Miller, PC,    401 Route 70 East, Suite 100,
                 Cherry Hill, NJ 08034-2410
515880067      +PNC Bank,    NCB Management Services Inc.,    PO Box 1099,    Langhorne, Pa 19047-6099
515880084      +PNC Bank,    4850 Street Road,    Trevose, PA 19053-6600
515880069       PNC Bank,    Weltman Weinberg & Reis. LPA,    3705 Marlane Drive,    Grove City, OH 43123-8895
515880068       PNC Bank,    National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
515880083       Penn Credit,    916 S 14th Street PO Box 988,    Harrisburg, PA 17108-0988
515880086      +RBS Card Services,    5 Industrial Way,    Salem, NH 03079-4866
515880094      +Rickart Collection Systems,    575 Milltown Rd., Box 7274,    New Brunswick, NJ 08902-3321
515880063      +Santander Consumer USA,    PO Box 560284,    Dallas, TX 75356-0284
515880087      +Sklar-Markind,    102 Browning Lane Building 13 Suite 1,    Cherry Hill, NJ 08003-3195
515880093       Stephen R Philpitt,    15 E Railroad Avenue Suite B,    Jamesburg, NJ 08831-1499
515880101      +TD Bank aka Commerce Bank,    Dilworth Paxson,    457 Haddonfield Road STE 700,
                 Cherry Hill, NJ 08002-2221
516172437      +The Tides at Seaboard Point Condo Assoc. Inc.,    Chester A. Luszcz, Esq.,
                 429 White Horse Pike,    Haddon Heights, NJ 08035-1714
516170650      +The Tides at Seaboard Point Condo Assoc. Inc.,    Hyberg, White & Mann PC,
                 2111 New Road, Suite 105,    Northfield, NJ 08225-1512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2017 23:35:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2017 23:35:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515880091      +E-mail/Text: bkr@cardworks.com Sep 12 2017 23:35:08      Advanta,    PO Box 31032,
                 Tampa Fl 33631-3032
515880075       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 12 2017 23:35:18      Asset Acceptance,
                 PO Box 2036,    Warren, MI 48090-2036
515880106       E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2017 23:35:19      Midland Credit Management Inc,
                 PO Box 60578,    Los Angeles, CA 90060-0578
515880090      +E-mail/Text: egssupportservices@egscorp.com Sep 12 2017 23:35:21      NCO Financial Systems, Inc,
                 507 Prudential Road,    Horsham, Pa 19044-2308
515880103       E-mail/Text: bankruptcy@pb.com Sep 12 2017 23:35:29      Pitney Bowes,    PO Box 856460,
                 Louisville, KY 40285-6460
```

```
District/off: 0312-1           User: admin              Page 2 of 3               Date Rcvd: Sep 12, 2017
                               Form ID: pdf905          Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515820811         E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2017 23:42:52      Portfolio Investments II LLC,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
515880085        +E-mail/Text: carine@tbfgroup.com Sep 12 2017 23:35:16      TBF Financial LLC,
                   520 Lake Cook Road Suite 510,    Deerfield, IL 60015-4900
516156590        +E-mail/Text: carine@tbfgroup.com Sep 12 2017 23:35:16      TBF Financial LLC,
                   740 Waukengan Road,    Suite 404,    Deerfield, IL 60015-5505
515880072         E-mail/Text: creditreconciliation@peoples.com Sep 12 2017 23:35:19     Citizens Bank,
                   1000 Lafayette Blvd,    Bridgeport, CT 06604
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Dennis P. Williams,    Helm Legal Services LLC,    333 E. Lancaster Avenue, Suite 140,
                 Wynnewood, PA 19096-1929
515880099*      +Cape Bank,    225 N Main Street,    Cape May Court House, NJ 08210-2140
515880078      ##+Dynia & Associates, LLC,    4849 N. Milwaukee Ave Suite 801,    Chicago, IL 60630-2680
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Defendant Vasyl  Kavatsiuk agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Adam D. Greenberg    on behalf of Creditor    Vasyl Kavatsiuk agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Anne S. Cantwell    on behalf of Creditor    Customers Bank ACantwell@shermansilverstein.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Hercules  Pappas    on behalf of Debtor Roman  Osadchuk hpappas@herculeslawgroup.com
              Hercules  Pappas    on behalf of Defendant Roman  Osadchuk hpappas@herculeslawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    Vasyl Kavatsiuk lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Margaret A. Holland    on behalf of Trustee Thomas J Subranni mholland@subranni.com,
               ecorma@subranni.com;szauber@subranni.com
              Mohammed  Shariff    on behalf of Debtor Roman  Osadchuk mis@sabirlaw.com
              Rebecca K. McDowell    on behalf of Creditor    Customers Bank rmcdowell@slgcollect.com
              Rebecca K. McDowell    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
               Net Bank rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
               Net Bank rsaldutti@salduttcollect.com,    lmarciano@salduttcollect.com;kcollins@slgcollect.com
              Robert L. Saldutti    on behalf of Creditor    Customers Bank rsaldutti@salduttcollect.com,
               lmarciano@salduttcollect.com;kcollins@slgcollect.com
              Scott M. Zauber    on behalf of Trustee Thomas J Subranni szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              Scott M. Zauber    on behalf of Trustee Thomas J. Subranni szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              Stephen W Barry    on behalf of Unknown Role Type Stephen W Barry sbarry@capelegal.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Sep 12, 2017
                              Form ID: pdf905          Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Thomas J Subranni   on behalf of Trustee Thomas J Subranni trustee@subranni.com,
          szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com
         Thomas J Subranni   trustee@subranni.com,
          szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com
         William Mackin   on behalf of Mediator William Mackin wmackin@shermansilverstein.com, ign@shermansilverstein.com

                                                                                                                                                                                              TOTAL: 20