UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Trustee
By:    Scott M. Zauber, Esq.  SZ6086
       Margaret A. Holland, Esq.  MH4707

Order Filed on September 14, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re:: | Case No.: 15-30225-JNP |
|---|---|
| Roman Osadchuk  Debtor. | Chapter 7 |
| | Hearing: September 19, 2017 at 10:00 am |

**CONSENT ORDER MEMORIALIZING TERMS OF SETTLEMENT RESOLVING TRUSTEE'S MOTION AUTHORIZING THE CAPE MAY COUNTY HISTORICAL SOCIETY TO TURN OVER ESTATE PROPERTY PURSUANT TO 11 U.S.C. § 542**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**:

**DATED: September 14, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:       Roman Osadchuk
Case No.:    15-30225-JNP
Caption:     Consent Order Memorializing Terms of Settlement Resolving Trustee's Motion Authorizing Cape May County Historical Society to Turn Over Estate Property Pursuant to 11 U.S.C. § 542.

This matter was opened to the Court by the motion for turnover filed by the Chapter 7 Trustee, Thomas J. Subranni. A Notice of Settlement of Controversy (the "Notice") has been filed and creditors and parties in interest have been served with this Notice. The Notice adequately describes the settlement terms set forth herein. The parties have agreed through their attorneys that the background of this matter is as follows:

## BACKGROUND

1. On October 28, 2015, Debtor, Roman Osadchuk (hereinafter referred to as the "Defendant" or "Debtor"), filed a Petition for Chapter 7 bankruptcy relief.

2. The Plaintiff was appointed as Chapter 7 Trustee in this case on October 29, 2015.

3. On August 1, 2017, the Trustee filed a motion authorizing the Cape May County Historical Society to turnover estate property pursuant to 11 U.S.C. §542 (the "Turnover Motion").

4. The Cape May County Historical and Genealogical Society (the "Cape May County Historical Society") is holding a total amount of $7,050.00 from the sale of the Foster House.

5. The Trustee and the Defendant desiring to resolve the Turnover Motion have agreed on the terms and conditions set forth below, and no cause appearing why this Order should not be entered, it is therefore:

ORDERED AND ADJUDGED as follows

1. The Cape May County Historical Society shall pay to the Trustee the amount of $4500.00 within seven days after entry of this order and a certification of no objection to the Notice, is filed by the Bankruptcy Court.

2. The check to the Trustee shall be made payable to the "Debtor Estate of Roman Osadchuk and shall be sent to the Trustee at the following address:

>Thomas J. Subranni, Trustee
>Subranni Zauber LLC
>1624 Pacific Avenue
>Atlantic City, NJ 08401

2. The Cape May Historical Society shall pay the Debtor, Roman Osadchuk, the amount of $2,550.00.

WE HEREBY CONSENT TO THE CONTENT, FORM AND ENTRY OF THE WITHIN ORDER.

| | |
|---|---|
| Subranni Zauber, LLC<br>Attorneys for Trustee | Roman Osadchuk<br>Debtor |
| By: /s/ Scott M. Zauber<br>    Scott M. Zauber, Esq. | By: /s/ Roman Osadchuk<br>    Roman Osadchuk |

Barry, Corrado & Grassi, P.C.
Attorney for Cape May County Historical
Genealogical Society

By:  /s/ Stephen W. Barry
      Stephen W. Barry, Esq.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 15-30225-JNP
Roman Osadchuk                                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                  Page 1 of 1              Date Rcvd: Sep 14, 2017
                                Form ID: pdf903              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             +Roman Osadchuk,    4102 Seaboard Circle,    North Wildwood, NJ 08260-6624
aty            +Dennis P. Williams,    Helm Legal Services LLC,    333 E. Lancaster Avenue, Suite 140,
                 Wynnewood, PA 19096-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Defendant Vasyl  Kavatsiuk agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Adam D. Greenberg    on behalf of Creditor    Vasyl Kavatsiuk agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Anne S. Cantwell    on behalf of Creditor    Customers Bank ACantwell@shermansilverstein.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Hercules  Pappas    on behalf of Defendant Roman  Osadchuk hpappas@herculeslawgroup.com
              Hercules  Pappas    on behalf of Debtor Roman  Osadchuk hpappas@herculeslawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    Vasyl Kavatsiuk lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Margaret A. Holland    on behalf of Trustee Thomas J Subranni mholland@subranni.com,
               ecorma@subranni.com;szauber@subranni.com
              Mohammed  Shariff    on behalf of Debtor Roman  Osadchuk mis@sabirlaw.com
              Rebecca K. McDowell    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
               Net Bank rmcdowell@slgcollect.com
              Rebecca K. McDowell    on behalf of Creditor    Customers Bank rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
               Net Bank rsaldutti@salduttcollect.com,    lmarciano@salduttcollect.com;kcollins@slgcollect.com
              Robert L. Saldutti    on behalf of Creditor    Customers Bank rsaldutti@salduttcollect.com,
               lmarciano@salduttcollect.com;kcollins@slgcollect.com
              Scott M. Zauber    on behalf of Trustee Thomas J. Subranni szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              Scott M. Zauber    on behalf of Trustee Thomas J Subranni szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              Stephen W Barry    on behalf of Unknown Role Type Stephen W Barry sbarry@capelegal.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              William  Mackin    on behalf of Mediator William  Mackin wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
                                                                                              TOTAL: 20