| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SUBRANNI ZAUBER LLC<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401<br>(609) 347-7000; Fax (609) 345-4545<br>Attorneys for Trustee<br>By: Scott M. Zauber, Esq.  SZ6086 | **Order Filed on January 18, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Roman Osadchuk | Case No.: _____15-30225-JNP_____<br><br>Hearing Date: _____January 18, 2018_____<br><br>Judge: _____Jerrold N. Poslusny, Jr._____<br><br>Chapter: _____7_____ |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Subranni Zauber LLC | $9,447.50 | $44.61 |

*rev.8/1/15*