| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | **Order Filed on June 7, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>**OSADCHUK, ROMAN** | Case No.: **15-30225**<br><br>Chapter 7<br><br>Hearing Date: **06/07/18 @ 2:00PM**<br><br>Judge: JNP |

**ORDER AWARDING FINAL COMPENSATION AND EXPENSES
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: June 7, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: **OSADCHUK, ROMAN**

Case No.: 15-30225\JNP

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

| | |
|---|---|
| FEES: | $1,976.00 |
| EXPENSES | $   14.65 |
| TOTAL: | $1,990.65 |