UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BARRY R. SHARER, CPA
Sharer Petree Brotz & Snyder
1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043
(856)435-3200
Accountant for the Chapter 7 Trustee

Order Filed on June 7, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: **15-30225** |
|---|---|
| **OSADCHUK, ROMAN** | Chapter 7 |
| | Hearing Date: **06/07/18 @ 2:00PM** |
| | Judge: JNP |

### ORDER AWARDING FINAL COMPENSATION AND EXPENSES
### FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: June 7, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: **OSADCHUK, ROMAN**

Case No.: 15-30225\JNP

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

FEES:        $1,976.00

EXPENSES     $   14.65

TOTAL:       $1,990.65

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-30225-JNP
Roman Osadchuk                                                                  Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1              Date Rcvd: Jun 07, 2018
                              Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
db             +Roman Osadchuk,   4102 Seaboard Circle,   North Wildwood, NJ 08260-6624
aty            +Dennis P. Williams,   Helm Legal Services LLC,   333 E. Lancaster Avenue, Suite 140,
                 Wynnewood, PA 19096-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
      Adam D. Greenberg    on behalf of Defendant Vasyl  Kavatsiuk agreenberg@hgllclaw.com,
       Aholmes@hgllclaw.com
      Adam D. Greenberg    on behalf of Creditor   Vasyl Kavatsiuk agreenberg@hgllclaw.com,
       Aholmes@hgllclaw.com
      Anne S. Cantwell    on behalf of Creditor    Customers Bank ACantwell@shermansilverstein.com
      Barry R. Sharer    on behalf of Accountant     Sharer CShapiro@SharerPBS.com,
       BSharer@SharerPBS.com;nj83@ecfcbis.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Hercules  Pappas    on behalf of Defendant Roman  Osadchuk hpappas@herculeslawgroup.com
      Hercules  Pappas    on behalf of Debtor Roman  Osadchuk hpappas@herculeslawgroup.com
      Joshua I. Goldman    on behalf of Creditor   U.S. Bank National Association, Et Al...
       jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Linda S. Fossi    on behalf of Creditor    Vasyl Kavatsiuk lfossi@zeitzlawfirm.com,
       gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
      Margaret A. Holland    on behalf of Trustee Thomas J Subranni mholland@subranni.com,
       ecorma@subranni.com;szauber@subranni.com
      Mohammed  Shariff    on behalf of Debtor Roman  Osadchuk mis@sabirlaw.com
      Rebecca K. McDowell    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
       Net Bank rmcdowell@slgcollect.com
      Rebecca K. McDowell    on behalf of Creditor    Customers Bank rmcdowell@slgcollect.com
      Robert L. Saldutti    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
       Net Bank rsaldutti@salduttIcollect.com,  lmarciano@salduttIcollect.com;kcollins@slgcollect.com
      Robert L. Saldutti    on behalf of Creditor    Customers Bank rsaldutti@salduttIcollect.com,
       lmarciano@salduttIcollect.com;kcollins@slgcollect.com
      Scott M. Zauber    on behalf of Trustee Thomas J. Subranni szauber@subranni.com,
       ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dhoff@subranni.com
      Scott M. Zauber    on behalf of Trustee Thomas J Subranni szauber@subranni.com,
       ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dhoff@subranni.com
      Stephen W Barry    on behalf of Unknown Role Type Stephen W Barry sbarry@capelegal.com
      Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
       ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
      Thomas J Subranni     trustee@subranni.com,
       ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
      William  Mackin    on behalf of Mediator William  Mackin wmackin@shermansilverstein.com,
       ign@shermansilverstein.com
                                                                TOTAL: 21