UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SUBRANNI ZAUBER LLC
1624 Pacific Avenue, P.O. Box 1913
Atlantic City, NJ 08404
(609) 347-7000; FAX (609) 345-4545
Attorneys for Trustee
By: Thomas J. Subranni, Esquire  TS1104

**Order Filed on July 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

**ROMAN OSADCHUK**

Debtor.

Case No. **15-30225 JNP**

Judge: Hon. **Jerrold N. Poslusny, Jr.**

Hearing Date:

# ORDER GRANTING FIRST AND FINAL ALLOWANCE TO TRUSTEE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: July 5, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

03/27/06

**(Page 2)**
Debtor:    **ROMAN OSADCHUK**

Case No:  **15-30225 JNP**
Order Granting First and Final Allowance to Trustee

This matter having come before the Court on the Application of Thomas J. Subranni for final allowance of Trustee, and due notice of this application having been given to all interested parties, and the Court having reviewed the Application and supporting papers; and FOR GOOD CAUSE SHOWN:

IT IS ORDERED that the Trustee, Thomas J. Subranni, be and is hereby allowed the sum of **$2,690.00** for professional fees under Chapter 7 and **$15.00** as reimbursement for out-of-pocket expenses for a total of **$2,705.00** under Chapter 7.