Case 15-30225-JNP    Doc 137-2    Filed 07/06/18    Entered 07/08/18 01:17:48    Desc
Imaged Certificate of Notice    Page 1 of 4

Case 15-30225-JNP    Doc 133    Filed 07/06/18    Entered 07/06/18 11:49:28    Desc
Unsigned Order Awarding Trustee's Compensation    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue, P.O. Box 1913
Atlantic City, NJ 08404
(609) 347-7000; FAX (609) 345-4545
Attorneys for Trustee
By: Thomas J. Subranni, Esquire  TS1104

Order Filed on July 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. **15-30225 JNP** |
|---|---|
| **ROMAN OSADCHUK** | Judge: Hon. **Jerrold N. Poslusny, Jr.** |
| Debtor. | Hearing Date: |

# ORDER GRANTING FIRST AND FINAL ALLOWANCE TO TRUSTEE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: July 5, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

03/27/06

**(Page 2)**
Debtor:    **ROMAN OSADCHUK**

Case No:  **15-30225 JNP**
Order Granting First and Final Allowance to Trustee

This matter having come before the Court on the Application of Thomas J. Subranni for final allowance of Trustee, and due notice of this application having been given to all interested parties, and the Court having reviewed the Application and supporting papers; and FOR GOOD CAUSE SHOWN:

IT IS ORDERED that the Trustee, Thomas J. Subranni, be and is hereby allowed the sum of **$2,690.00** for professional fees under Chapter 7 and **$15.00** as reimbursement for out-of-pocket expenses for a total of **$2,705.00** under Chapter 7.

Case 15-30225-JNP    Doc 137-2    Filed 07/06/18    Entered 07/06/18 11:49:28    Desc
Unsigned Order Awarding Trustee's Compensation and Expenses    Page 2 of 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-30225-JNP
Roman Osadchuk                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jul 05, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.
db              #+Roman Osadchuk,    4102 Seaboard Circle,    North Wildwood, NJ 08260-6624
aty              +Dennis P. Williams,    Helm Legal Services LLC,    333 E. Lancaster Avenue, Suite 140,
                   Wynnewood, PA 19096-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Defendant Vasyl  Kavatsiuk agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Adam D. Greenberg    on behalf of Creditor    Vasyl Kavatsiuk agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Anne S. Cantwell    on behalf of Creditor    Customers Bank ACantwell@shermansilverstein.com
              Barry R. Sharer    on behalf of Accountant    Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Hercules  Pappas    on behalf of Defendant Roman  Osadchuk hpappas@herculeslawgroup.com
              Hercules  Pappas    on behalf of Debtor Roman  Osadchuk hpappas@herculeslawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    Vasyl Kavatsiuk lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Margaret A. Holland    on behalf of Trustee Thomas J Subranni mholland@subranni.com,
               ecorma@subranni.com;szauber@subranni.com
              Mohammed  Shariff    on behalf of Debtor Roman  Osadchuk mis@sabirlaw.com
              Rebecca K. McDowell    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
               Net Bank rmcdowell@slgcollect.com
              Rebecca K. McDowell    on behalf of Creditor    Customers Bank rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Plaintiff    Customers Bank successor in interest to Interstate
               Net Bank rsaldutti@salduttiollect.com,  lmarciano@salduttiollect.com;kcollins@slgcollect.com
              Robert L. Saldutti    on behalf of Creditor    Customers Bank rsaldutti@salduttiollect.com,
               lmarciano@salduttiollect.com;kcollins@slgcollect.com
              Scott M. Zauber    on behalf of Trustee Thomas J. Subranni szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dhoff@subranni.com
              Scott M. Zauber    on behalf of Trustee Thomas J Subranni szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dhoff@subranni.com
              Stephen W Barry    on behalf of Unknown Role Type Stephen W Barry sbarry@capelegal.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              Thomas J Subranni     trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              William  Mackin    on behalf of Mediator William  Mackin wmackin@shermansilverstein.com,
               ign@shermansilverstein.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 05, 2018
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 21