Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

      Case No.:  15–30225–JNP
      Chapter:  7
      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Roman Osadchuk
  aka Raymond Osadchuk
  25 Chestnut Oak
  Cape May Court House, NJ 08210

Social Security No.:
  xxx–xx–4457

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 25, 2018</u>　　　　　　　<u>Jerrold N. Poslusny Jr.</u>
                                                   Judge, United States Bankruptcy Court