UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 25, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: _____15-30225_____ |
| Roman Osadchuk | Hearing Date: _____ |
| | Judge: _____JNP_____ |
| | Chapter: _____7_____ |

## ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 25, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case

on _____September 25, 2018_____ and should be vacated for the reason stated below:


      ❏        Debtor has not yet been discharged

      ❏        Adversary Proceeding number _____ is pending

      ☒        Other: _Appeal Pending_____

                              _____

                              _____


IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

2